# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Muhammad Jalil Afridi

Managing Editor & CEO, The Frontier Post

Plaintiff,

v.

TAMMY BRUCE, in her official capacity as State Department Spokesperson,
Defendant.

Civil Action No. _____

Case: 1:25-cv-01831
Assigned To : Unassigned
Assign. Date : 6/11/2025
Description: Pro Se Gen. Civ. (F-DECK)

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

### PRELIMINARY STATEMENT

1. Plaintiff brings this action to challenge the unconstitutional and retaliatory conduct of Defendant Tammy Bruce, who, in her official capacity as State Department Spokesperson, has engaged in repeated and discriminatory exclusion of Plaintiff from participation in official U.S. government press briefings.

2. For over two months, Plaintiff Muhammad Jalil Afridi, a credentialed journalist with a 25-years distinguished career as journalist has attended official State Department and White House briefings for ten years and has been persistently ignored while others are permitted to ask questions.

3. In addition to this exclusion, Defendant has issued implicit threats to have Plaintiff removed by State Department security. Under existing State Department rules and norms, the spokesperson has no independent authority to call or direct security to remove a journalist without cause.

4. This is not an isolated incident. Defendant has also threatened Mr. Saeed Arkit, a respected journalist who has been covering State Department briefings for nearly 25 years, with removal under similar conditions.

FILED
JUN 11 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

5. Such conduct violates the First and Fifth Amendments to the United States Constitution and constitutes arbitrary and capricious agency action under the Administrative Procedure Act (APA), 5 U.S.C. § 701 et seq.

6. The Plaintiff respectfully seeks declaratory and injunctive relief, including a public apology from Defendant and a formal statement at the briefing podium clarifying that she has no lawful authority to order security to remove journalists who are lawfully exercising their press rights.

## JURISDICTION AND VENUE

7. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question jurisdiction) and 28 U.S.C. § 1343 (civil rights).

8. Venue is proper in this district under 28 U.S.C. § 1391(e), as Defendant resides and performs official duties in this district, and the events giving rise to this action occurred here.

## PARTIES

9. Plaintiff is a professional journalist who has reported for over 25 years and has attended official press briefings at the U.S. State Department and the White House for the past ten years. Plaintiff holds valid media credentials and has complied with all press protocols.

10. Defendant Tammy Bruce is the official State Department Spokesperson, charged with moderating press briefings and communicating U.S. policy to the public and the press. She is sued in her official capacity.

## FACTUAL ALLEGATIONS

11. Plaintiff has regularly attended press briefings and consistently sought to ask questions over the past two months but has been systematically ignored without explanation or justification.

12. Defendant has permitted numerous other journalists to pose questions during this same period, including those with less seniority and experience, while denying Plaintiff even one opportunity.

13. On multiple occasions, Plaintiff attempted to assert his right to speak, only to be met with threats of removal by security staff of the State Department threats initiated by Defendant directly.

14. Under State Department press protocols, the Spokesperson has no authority to call or direct security to remove a credentialed journalist, except where there is a breach of decorum or threat to public safety—neither of which occurred here.

15. This pattern is not isolated. Defendant previously made similar threats to Mr. Saeed Arkit, a journalist who has served nearly 25 years covering the State Department.

16. There is no evidence or justification that either Plaintiff or Mr. Arkit committed any misconduct, disorderly behavior, or violation of press room decorum. Defendant's threats appear to be rooted in viewpoint-based discrimination or personal animus.

17. Plaintiff sent several emails to Defendant Tammy Bruce and other State Department media staffers, explaining that he had been consistently ignored and denied the ability to participate. These concerns were never acknowledged or remedied.

## CLAIMS FOR RELIEF

Count I – Violation of First Amendment (Free Press and Free Speech)
18. By refusing to allow Plaintiff to ask questions and threatening removal for attempting to do so, Defendant violated Plaintiff's First Amendment rights.

Count II – Violation of Fifth Amendment (Due Process)
19. Defendant's actions constitute deprivation of liberty interests without notice, hearing, or cause, violating procedural due process.

Count III – Arbitrary and Capricious Conduct (APA, 5 U.S.C. § 706)
20. Defendant's use of arbitrary standards and personal discretion to deny access and threaten removal constitutes unlawful and capricious administrative conduct.

## PRAYER FOR RELIEF

Plaintiff respectfully requests the Court:

A. Issue a declaratory judgment that Defendant's conduct violated Plaintiff's First and Fifth Amendment rights;
B. Enter an injunction requiring Defendant to allow Plaintiff equal opportunity to participate in press briefings;
C. Direct Defendant to publicly apologize at the briefing podium for threatening Plaintiff and others with removal;
D. Require Defendant to publicly acknowledge at the podium that she lacks the authority to call State Department security to remove journalists exercising lawful press rights;
E. Prohibit Defendant from initiating security action against journalists except in accordance with published rules and in cases of actual security threat or disruption;
F. Award Plaintiff attorney's fees and costs under 42 U.S.C. § 1988;
G. Grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Muhammad Jalil Afridi

6/11/2025

Muhammad Jalil Afridi

3000 South Randolph Street, Apt 267

Arlington Virginia 22206

Phone: 4153704551

Email: afridijalil@gmail.com